UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.

CHRISTOPHER BEAUFILS

    Plaintiff,

vs.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINES

    Defendant.
_____/

# C O M P L A I N T

Plaintiff, CHRISTOPHER BEAUFILS, by and through his undersigned attorney, sues the Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES ("CARNIVAL") and alleges as follows:

## GENERAL ALLEGATIONS

1. This is a complaint for Negligence against CARNIVAL.

2. This case falls within the jurisdiction of this Court pursuant to 28 U.S.C. §§ 1331 and 1333.

3. Pursuant to a forum selection clause in the subject cruise ticket contract drafted and issued by Defendant CARNIVAL CORPORATION, this action must be brought in this Court.

4. Plaintiff is an individual and resident of Broward County, Florida and was and is *sui juris*.

5. The Defendant, CARNIVAL CORPORATION, is a foreign corporation doing business in Florida under the registered fictitious name of CARNIVAL CRUISE LINES, which conducts business and maintains its principal place of business in Miami-Dade County, Florida and was doing business as a contract carrier of passengers by water for hire at all material times hereto.

6. At all times material, the Defendant, CARNIVAL CORPORATION, owned, managed, chartered and/or operated the cruise vessel CARNIVAL HORIZEN (the "vessel").

7. On or about December 29, 2018, the Plaintiff, in consideration of the payment of a specified sum of money, boarded the vessel at Port Miami, Miami, Florida for an eight (8) day cruise in the Atlantic and Caribbean Sea with various ports of call.

8. On January 4, 2019, Plaintiff, CHRISTOPHER BEAUFILS, slipped and severely injured his right knee on Skycourt on the Spa WaterWorks & Sports Deck (Deck 12) of the vessel while the vessel was at sea. The Skycourt was overcrowded with passengers playing both basketball and soccer at the same time, with no supervision or crowd control or inadequate supervision and crowd control. Further, the deck was slippery at the time of Plaintiff's accident. As a result of the overcrowded and slippery deck, Plaintiff, who was playing basketball, slipped on the deck while trying to avoid colliding with another passenger, which caused him to lose his footing and twist his right knee and fall to the deck. In addition to the plaintiff, it is believed that at least two other passengers sustained serious injuries on the Skycourt on or about January 4, 2019. There were no or inadequate "Watch Your Step" signs posted, or any other sufficient warning that the deck

was slippery, to adequately warn the Plaintiff and other passengers of this slipping hazard. There was no crowd control to limit the number of passengers being able to use the Skycourt in a safe manner, or adequate supervision to ensure the Skydeck was not overcrowded and used in an appropriate and safe manner. As a result of this accident, CHRISTOPHER BEAUFILS, sustained severe and permanent injuries, including injuries to his right knee which required surgery to repair.

9. All conditions precedent to the institution of this action have been satisfied, or otherwise excused.

## COUNT I
### Negligence against CARNIVAL

The Plaintiff adopts and re-alleges the allegations in paragraphs 1 through 9 and further alleges that:

10. At all times material hereto, the Defendant CARNIVAL owed a duty to the Plaintiff to exercise reasonable care under the circumstances for the Plaintiff's safety.

11. The Defendant breached its duty of care to the Plaintiff and was negligent by failing to keep its deck for passenger use in a reasonably safe condition and by failing to warn the Plaintiff and fellow passengers of the dangerous and hazardous deck about which it knew or should have known. The Defendant also breached its duty of care to the Plaintiff and was negligent by failing to prevent the Skycourt from becoming overcrowded with passengers playing both basketball and soccer at the same time with no supervision or crowd control or inadequate supervision and crowd control. Further, the Defendant breached its duty to Plaintiff in some or all the following ways:

    a) by failing to keep its deck for passenger use in a reasonably safe condition;

    b) by creating a dangerous condition by allowing too many passengers to use the Skycourt for both basketball and soccer at the same time;

    c) by failing to correct a dangerous condition;

    d) by maintaining a method of operation which was inherently dangerous and/or the particular operation which resulted in the Plaintiff's injury was conducted in a wrongful manner;

    e) using ineffective and improper management systems that increased danger to others, including the Plaintiff;

    f) by failing to warn the Plaintiff and fellow passengers of the dangerous and hazardous condition regarding the subject deck about which it knew or should have known.

12. As a direct and proximate result of the Defendant's aforesaid negligence, the Plaintiff, CHRISTOPHER BEAUFILS, has suffered, and continues to suffer, bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical care and treatment. The losses are either permanent or continuing in nature and the Plaintiff will continue to suffer the losses in the future.

### TRIAL BY JURY

13. Plaintiff demands a trial by jury on all issues.

WHEREFORE, the Plaintiff, CHRISTOPHER BEAUFILS, demands judgment against the Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES, for an amount to be determined at trial by a jury, together with interest and costs and other relief deemed just and appropriate by this Honorable Court.

Dated: January 3, 2019
      Hialeah, Florida

Respectfully submitted,

By: /s/ Stephen Field

Stephen D. Field, Esq.
e-mail: steve@field-law.com
Florida Bar No. 554111
STEPHEN D. FIELD, P.A.
102 East 49th Street
Hialeah, Florida 33013
Telephone:   (305) 698-3421
Direct Line:   (305) 798-1335
Facsimile:   (786) 631-5321
*Counsel for Plaintiff*